1
 League of Women Voters of Greeley, Weld County, Inc.; Latino Coalition of Weld County; Barbara Whinery; and Stacy Suninga; Petitioners v. The Board of County Commissioners of the County of Weld County, Respondent No. 24SC394
Supreme Court of Colorado, En Banc
July 1, 2024
 
           Court
 of Appeals Case No. 24CA774
 
 
 
          Petition
 for Writ of Certiorari Pursuant to C.A.R. 50 GRANTED.
 
 
          Whether
 the trial court erred in concluding that section 30-10-306,
 et seq., C.R.S. (2023), implies a private right of action.
 
 
          Whether
 the trial court erred in concluding that plaintiff-appellants
 had standing to sue the Board based on nothing more than
 generalized grievance constituting pure procedural
 irregularities.
 
 
          Whether
 the trial court erred in concluding as a matter of law that
 section 30-10-306, et seq., applies to a home rule county
 with a conflicting charter.
 
 
          Whether
 the trial court erred in determining there is no conflict
 between the provisions of section 30-10-306, et seq., and the
 Weld County home rule charter.
 
 
          Whether
 the Board must be directed to engage in a county commissioner
 redistricting process that complies with the redistricting
 statutes for future elections.